■ In the Matter of MILDRED TOWNS, Appellant, v CAPITAL DISTRICT TRANSPORTATION AUTHORITY, Respondent. [604 NYS2d 835] —Appeal from an order of the Supreme Court (Lynch, J.), entered August 11, 1992 in Schenectady County, which denied petitioner's application to file a late notice of claim.

Order affirmed, upon the opinion of Justice Robert E. Lynch.

Weiss, P. J., Mercure, Cardona, Mahoney and Casey, JJ., concur. Ordered that the order is affirmed, with costs.